IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PAULA KAMMER, | ) Case No.: 2:13-cv-10265-SFC-LJM |
| Plaintiff, | ) |
| v. | ) |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

NOW COMES Plaintiff, PAULA KAMMER ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  February 22, 2013            RESPECTFULLY SUBMITTED,

                                     KROHN & MOSS, LTD.


                                     By: /s/ Adam T. Hill

                                         Adam T. Hill
                                         KROHN & MOSS, LTD.
                                         10 N. Dearborn St., 3rd Fl.
                                         Chicago, Illinois 60602
                                         Telephone:  312-578-9428
                                         Telefax:  866-802-0021
                                         ahill@consumerlawcenter.com
                                         Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:  /s/ Adam T. Hill

Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-802-0021
ahill@consumerlawcenter.com
Attorneys for Plaintiff