**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| PAULA KAMMER, | ) Case No.: 2:13-cv-10265-SFC-LJM |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiff, PAULA KAMMER, and Defendant, GC SERVICES, LP, through their

respective counsel, stipulate to dismiss the above-captioned action pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), with prejudice, each side to bear their own fees and costs.

DATED:  April 29, 2013                 RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.


By: /s/ Adam T. Hill

Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-802-0021
ahill@consumerlawcenter.com
Attorneys for Plaintiff

DATED:  April 29, 2013         RESPECTFULLY SUBMITTED,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Michael J. Hodge             

Michael J. Hodge (P25146)
Scott R. Eldridge (P66452)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
One Michigan Avenue, Suite 900
Lansing, MI 48933
(517) 487-2070
(517) 374-6304 (Facsimile)
email: hodge@millercanfield.com
email: eldridge@millercanfield.com

## <u>PROOF OF SERVICE</u>

I, Adam Hill, state the following:

I am employed in Chicago, Illinois.  I am over the age of 18 and not a party to the within action.  My business address is 10 N. Dearborn St, 3rd Floor, Chicago IL. On April 29, 2013 I served the following documents:

**Stipulation of Dismissal**

On the parties listed below:

Michael J. Hodge (P25146)                                    GC SERVICES, LP
Scott R. Eldridge (P66452)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
One Michigan Avenue, Suite 900
Lansing, MI 48933

[X]     **BY MAIL** (Fed. R. Civ. P. 5 (b) (2) (B):
            I deposited such envelope in the mail at Chicago, Illinois.  The
envelope was mailed with postage thereon fully prepaid.
[  ]    **BY ELECTRONIC MAIL:**
            I am readily familiar with the firm's practice for collection and processing
            correspondence for mailing.  Under that practice, this document will be
            deposited with the U.S. Postal Service on this date with postage thereon
            fully prepaid at Chicago, Illinois in the ordinary course of business.
I am aware that on motion of the party served, service is presumed invalid
if postal cancellation date or postage meter date is more than one day after
date of deposit for mailing in affidavit.
[  ]    **BY FACSIMILE**: The facsimile machine used complied with Rule 2003(3) and
            no error was reported by the machine.  Pursuant to Rule 2008(e)(4), caused the
            machine to print a record of the transmission.
[ X ]  **STATE**: I declare under penalty of perjury under the laws of the State of
            Illinois that the above is true and correct.

Executed on April 29, 2013 at Chicago, Illinois.

                                                            By:    /s/ Adam Hill                          _
                                                                        Adam Hill