# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PAULA KAMMER, | ) Case No.: 2:13-cv-10265-SFC-LJM |
| Plaintiff, | ) |
| v. | ) |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

## ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

Dated: May 2, 2013

s/ Sean F. Cox
Sean F. Cox
U. S. District Judge

1